CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 17 2019

JULIA C. DUDLEY, CLERK
BY: /s/ A. Seagle

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| CARLOS E., | ) |
| Plaintiff | ) |
| | ) Civil Action No. 7:18-CV-00337 |
| v. | ) |
| ANDREW SAUL, Commissioner of Social Security, | ) By: Michael F. Urbanski |
| | ) Chief United States District Judge |
| Defendant. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion entered this date, plaintiff's motion for summary judgment (ECF No. 14) is **GRANTED in part**, the Commissioner's motion for summary judgment (ECF No. 16) is **DENIED**, the report and recommendation (ECF No. 21) is **REJECTED**, plaintiff's objections (ECF No. 22) are **SUSTAINED**, the Commissioner's decision is **VACATED**, and this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration. This matter is **DISMISSED** and **STRICKEN** from the active docket of the court.

It is so **ORDERED**.

Entered: 09/17/19

/s/ Michael F. Urbanski
Michael F. Urbanski
Chief United States District Judge